IN THE DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| ARSENIA A. SABINAY,<br><br>    Plaintiff,<br><br>vs.<br><br>AON INSURANCE MICRONESIA, INC. and DOES 1 through 50,<br><br>    Defendants. | CIVIL CASE NO. 15-00028<br><br>**ORDER** |

On August 8, 2016, the court issued a Report and Recommendation on the Defendant's Motion to Dismiss Complaint. *See* ECF No. 43. The Report and Recommendation did not contain the cautionary language that would have notified the parties that they had 14 days to file a written objection to the Report and Recommendation. Accordingly, through the issuance of this Order, the court hereby notifies the parties that failure to file written objections to the Report and Recommendation within fourteen (14) days from the date of the service of this Order shall bar an aggrieved party from attacking such Report and Recommendation before the Chief Judge. *See* 28 U.S.C. § 636(b)(1)(B).



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Aug 10, 2016**